JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OEC GROUP,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLAR ONLY WHOLESALE, LLC<br><br>    Defendant. | Case No.: 2:22-CV-04846-AB-JC<br><br>[~~PROPOSED~~] ORDER |

Upon consideration of the parties' Joint Notice of Settlement and Request to Vacate All Litigation Dates and Deadlines, and for good cause having been shown, the parties' Request is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that all dates and deadlines set forth in this Court's Scheduling Order, including the November 7, 2023 trial date, are hereby **VACATED**. The parties have through December 29, 2023 to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

Dated: August 1, 2023

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1